# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DESHODAX LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 17-804-LPS-CJB |
| v. | ) |
| | ) **JURY TRIAL DEMANDED** |
| LENOVO (UNITED STATES), INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that all claims asserted in this action are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

DEVLIN LAW FIRM LLC

By: */s/ Timothy Devlin*
Timothy Devlin (#4241)
1308 N. Broom Street, Suite 1
Wilmington, DE 19806
Tel: (302) 449-9010
tdevlin@devlinlawfirm.com

*Attorney for Plaintiff Deshodax LLC*

POTTER ANDERSON & CORROON LLP

By: */s/ Stephanie E. O'Byrne*
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Stephanie E. O'Byrne (#4446)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
dmoore@potteranderson.com
bpalapura@potteranderson.com
sobyrne@potteranderson.com

*Attorneys for Defendant Lenovo (United States), Inc.*

5614828/44331

IT IS SO ORDERED, this _____ day of _____ 2018.

_____
U.S.D.J./U.S.M.J.